### 13070.   EVANS *v.* SMITH.

LUKE, J.   1.  A declaration filed upon an attachment will proceed as at common law, although the attachment itself and the levy made thereunder be dismissed.  See *Busby* v. *Elliott,* 22 *Ga. App.* 392 (95 S. E. 1014).

2. The evidence demanded a verdict for the plaintiff, and it was not error for the court to direct the jury to find such a verdict.  The several assignments of error are without merit.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 7, 1922.

Attachment; from city court of Floyd county — Judge Nunnally.   September 27, 1921.

*James Maddox,* for plaintiff in error.

*Willingham, Wright & Covington,* contra.